**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

CHELI,                                          :
                                                :
      Plaintiff,                          :
                                                :
      vs.                                 :          Case No. 1:24-cv-11010-KMW-AMD
                                                :
RADHA DONUT CORPORATION,                        :
                                                :
      Defendant.                          :
_____ :

**NOTICE OF SETTLEMENT**

The Plaintiff hereby informs the Court that the parties have achieved a resolution regarding

the above-captioned matter, are finalizing the settlement documents, and expect to file dismissal

papers within the next sixty days.

Respectfully submitted this 2nd day of February 2026,

> */s/ Jon G. Shadinger Jr.*
> Jon G. Shadinger Jr., Esq.
> Shadinger Law, LLC
> 2220 N East Avenue
> Vineland, NJ 08360
> (609) 319-5399
> js@shadingerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February 2026, I electronically filed a true and

correct copy of the foregoing document with the Clerk of Court using the CM/ECF system

which will send notification of such filing to all counsel of record.

> */s/ Jon G. Shadinger Jr.*
> Jon G. Shadinger Jr., Esq.